UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2015-023170-CA-01

MARIA LEYVI IRIARTE, MARIA INDIRA
IGLESIAS, BETSY GUTIERREZ,
And other similarly situated waitress,

       Plaintiffs,

v.

LOS CASTRACHOS, INC., and
DELCY CAMPOS,

       Defendants.

_____/

## NOTICE OF REMOVAL

Defendants, LOS CASTRACHOS, INC. and DELCY CAMPOS (collectively, "Defedants"), pursuant to the applicable provisions of 28 U.S.C. §§ 1441 & 1446, file their Joint Notice of Removal of this action from the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida, in which it is now pending, to the United States District Court, Southern District of florida. In support, Defendants state:

## THE NOTICE OF REMOVAL IS TIMELY

1. On November 4, 2015, Plaintiffs Maria Leyvi Iriarte, Maria Indira Iglesias, Betsy Gutierrez, and others similarly situated (collectively, "Plaintiffs") filed this action in the Eleventh Judicial Circuit Court in and for Miami-Dade County, florida. *See* Complaint, *Maria LeyviIiriarte, MariaIindira Iglesias, Betsy Gutierrez, and other similarly situated waitress v. Los Castrachos, Inc. and Delcy Campos*, Case No. 2015-023170-CA-01 (the "State Court Action") (the Complaint is attached hereto as Exhibit "A").

1

2. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the docket showing all process, pleadings and orders which have been served upon Defendants in the State Court Action is attached as Exhibit "B," and copies of the Summonses directed to Defendants Los Catrachos, Inc. and Delcy Campos are attached as Exhibit "C." Defendants will file in the State Court Action, contemporaneously with the filing of this Notice of Removal, a Notice of Filing Notce Removal substantially similar to that which is attached as Exhibit "D."

3. All Defendants consent to, and join in, the removal of this action.

4. Defendants were served with process on or about November 12, 2015. This Joint Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) as it is being filed within 30 days of the Defendants being served.

5. This action is not a non-removable action as described in 28 U.S.C. § 1445.

6. In accordance with 28 U.S.C. § 1446(d), promptly after filing this joint Notice of Removal, Dfendants will give written notice of the removal to Plaintiffs and will file a copy of this Joint Notice of Removal with the state Court.

## THIS COURT HAS FEDERAL QUESTION JURISDICTION

7. This action may be removed pursuant to 29 U.S.C. §§ 1441(a) and 1446 because federal question jurisdiction exists within the meaning of 28 U.S.C. §1331.

8. Plaintiff's Complaint asserts causes of action under the Fair Labor Standards Act. *See* Exhibit "A" at 1-2.

## CONCLUSION

Based on the foregoing points and authorities, Defendants los Catrachos, Inc., and Delcy Campos jointly remove this action to this Court. Defendants, further, specifically reserve and do not waive through this Notice of Removal any and all defenses available to them.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by e-mail on this 9th day of December, 2015 to Jason S. Remer, Esq. (jremer@rgpattorneys.com), Brody M. Shulman, Esq. (bshulman@rgpattorneys.com), REMER & GEORGES-PIERRE, PLLC, 44 West Flagler Street, Suite 2200, Miami, Florida 33130.

CORONA LAW FIRM, P.A.
*Attorneys for the Defendants*
3899 NW 7th Street, Second Floor
Miami, Florida 33126
Telephone: 305-266-1150
Primary Email: nina@coronapa.com
Secondary Email: civil@coronapa.com

BY:_____
RICARDO CORONA, ESQ.
Florida Bar No. 111333
NINA TARAFA, ESQ
Florida Bar No.: 12178